**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for UNITED STATES OF
AMERICA CHESS FEDERATION, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY ALEXANDER**,<br><br>          Plaintiff,<br><br>     v.<br><br>**UNITED STATES OF AMERICA CHESS FEDERATION, INC.,** *et al.*,<br><br>          Defendants. | Case Nos. CV-09-80288-MISC-MHP & CR-09-719-MHP<br><br>**JOINT STIPULATION TO RE-NOTICE DECEMBER 7, 2009 HEARING; [PROPOSED] ORDER**<br><br>DATE:     December 14, 2009<br>TIME:     2:00 p.m.<br>CTRM:   15, 18th Floor<br>JUDGE:  The Hon. Marilyn H. Patel |

1    The United States of America Chess Federation, Inc. and Gregory Alexander (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

2    1) WHEREAS, the hearings on Defendant Gregory Alexander's Motion for Injunctive Relief and Order Preventing Secret Service from Responding to Rule 45 Subpoena/Motion to Quash and Defendant Gregory Alexander's Motion to Quash Rule 45 Third Party Deposition Subpoena are currently set for December 7, 2009 at 2:00 pm;

3    2) WHEREAS, the Parties are attempting to resolve their differences without involving the Court and wasting judicial resources, and with additional time before the hearing on the above motions, the Parties may agree to withdraw their respective subpoenas and motions;

4    3) NOW THEREFORE, THE PARTIES AGREE AND STIPULATE that the hearings on Defendant Gregory Alexander's Motion for Injunctive Relief and Order Preventing Secret Service from Responding to Rule 45 Subpoena/Motion to Quash and Defendant Gregory Alexander's Motion to Quash Rule 45 Third Party Deposition Subpoena, currently set for December 7, 2009 at 2:00 pm, are hereby re-noticed to December 14, 2009 at 2:00 pm, or such other date and time that is convenient for the Court.

Dated: December 3, 2009                                KRONENBERGER BURGOYNE, LLP

                                                        By:  /s/ Karl S. Kronenberger
                                                             Karl S. Kronenberger

                                                        Attorneys for UNITED STATES OF
                                                        AMERICA CHESS FEDERATION, INC.

//

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NOS. CV-09-80288-MISC-MHP & CR-09-719-MHP          1    JOINT STIP. TO RE-NOTICE DECEMBER 7, 2009 HEARING; [PROP.] ORDER

| | | |
|---|---|---|
| 1 | Dated: December 4, 2009 | ASSISTANT FEDERAL PUBLIC DEFENDER |
| 2 | | |
| 3 | | By: /s/ Elizabeth M. Falk |
| 4 | | Elizabeth M. Falk |
| 5 | | Attorneys for GREGORY ALEXANDER |
| 6 | | |
| 7 | **IT IS SO ORDERED:** | |
| 8 | Dated: December __4__, 2009 | |

IT IS SO ORDERED
Judge Marilyn H. Patel

_____
Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NOS. CV-09-80288-MISC-MHP &
CR-09-719-MHP

2

JOINT STIP. TO RE-NOTICE DECEMBER 7, 2009 HEARING; [PROP.] ORDER